UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-cv-01113-AP

In Re:

ROCKY MOUNTAIN LAND COMPANY, LLC

    Debtors.

ROCKY MOUNTAIN LAND COMPANY, LLC

    Appellant,

v.

CRE/ADC VENTURE 2013-1

    Appellee.

---

## ORDER GRANTING MOTION TO DISMISS APPEAL

---

THE COURT, having reviewed Rocky Mountain Land's Motion to Dismiss Appeal ("Motion") filed by Appellant Rocky Mountain Land Company, LLC, and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED. The instant appeal is hereby DISMISSED.

DATED this 10th day of July, 2014.

BY THE COURT:

S/ John L. Kane
U.S. DISTRICT JUDGE